IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JORGE FRATICELLI

        02-2915
        District Court Docket Number

vs.

FRANK GILLIS, ET AL

Notice of Appeal Filed 12/12/02
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal _X_ Paid __Not Paid __Seaman
    Docket Fee    _X_ Paid __Not Paid __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
_X_ Denied
__Pending

Defendant's Address (for criminal appeals)

_____
_____
_____

Prepared by :_____
                        GEORGE E. MILLER  12/12/02
                        Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm