IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JORGE FRATICELLI                     :
                                     :        CIVIL ACTION
         v.                          :
                                     :        NO. 02-2915
FRANK GILLIS, *et. al.*              :

## **ORDER**

AND NOW, this 27th day of July, 2022, upon consideration of Plaintiff-Petitioner's Motion to Vacate Judgment or Order Pursuant to Fed. R. Civ. P. 60(b) (Document No. 25) and Defendants-Respondents' Response in opposition thereto, it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,          C.J.